APRIL 12, 1993

No. 91–2086. GRANITE STATE INSURANCE CO. *v.* TANDY CORP. ET AL. C. A. 5th Cir. [Certiorari granted, 506 U. S. 813.*] Writ of certiorari dismissed under this Court's Rule 46.

APRIL 13, 1993

No. 92–8305 (A–783). CLARK *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

APRIL 14, 1993

No. 92–8307 (A–784). CLARK *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

APRIL 16, 1993

No. 119, Orig. CONNECTICUT ET AL. *v.* NEW HAMPSHIRE. Bill of complaint dismissed under this Court's Rule 46.1.

APRIL 19, 1993

---

*[REPORTER'S NOTE: Argued February 23, 1993. *Ann E. Webb* argued the cause for petitioner. With her on the brief was *Theodore G. Dimitry*.
*Lynne Liberato* argued the cause for respondents. With her on the brief was *Mark C. Hill*.]